U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB - 3 2017

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NORMAN GILCREASE, | § |
| Plaintiff, | § |
| VS. | § NO. 4:16-CV-1074-A |
| GERBER LIFE INSURANCE COMPANY, | § |
| Defendant. | § |

## FINAL JUDGMENT

Consistent with the memorandum opinion and order signed in the above-captioned action on the date of the signing of this final judgment,

THE COURT ORDERS, ADJUDGES, AND DECREES that all claims and causes of action asserted by plaintiff, Norman Gilcrease, in the above-captioned action against defendant, Gerber Life Insurance Company, be, and are hereby, dismissed.

THE COURT FURTHER ORDERS, ADJUDGES, AND DECREES that defendant have and recover from plaintiff all costs of court incurred by it in connection with this action.

SIGNED February 3, 2017.

_____
JOHN MCBRYDE
United States District Judge